**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6232**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

SHAWN KEITH HARRIS,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:02-cr-00005-RLV-4)

_____

Submitted:  September 17, 2012        Decided:  October 2, 2012

_____

Before DIAZ, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shawn Keith Harris, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Keith Harris appeals the district court's order denying relief under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Harris</u>, No. 5:02-cr-00005-RLV-4 (W.D.N.C. Jan. 24, 2012). We deny the motion for transcript at the government's expense and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>